1

2

3

4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE EASTERN DISTRICT OF CALIFORNIA

6

7  STEVEN C. JENKINS,                               1:10-cv-00960-GSA (PC)

8          Plaintiff,                               ORDER TO SUBMIT NEW APPLICATION
                                                    TO PROCEED IN FORMA PAUPERIS
9      vs.                                          OR PAY FILING FEE WITHIN 45 DAYS

10 J. URBINA, et al.,

11         Defendants.
   _____/

12

13         Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

14 1983.  On May 27, 2010, plaintiff filed an application to proceed in forma pauperis pursuant to 28

15 U.S.C. § 1915.  However, the application was not submitted using the proper form, and plaintiff

16 failed to submit a certified copy of his prison trust account statement.

17         Accordingly, IT IS HEREBY ORDERED that:

18         Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

19 attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

20 the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

21 **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

22 submit a certified copy of his/her prison trust statement for the six month period immediately

23 preceding the filing of the complaint.

24         **Failure to comply with this order will result in a recommendation that this action be**

25 **dismissed.**

26         IT IS SO ORDERED.

27     Dated:   **June 4, 2010**                        **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

28