UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. JENKINS,<br><br>  Plaintiff,<br><br>vs.<br><br>J. URBINA, et al.,<br><br>  Defendant | Case No. 1:10 cv 00960 GSA PC<br><br><br>ORDER GRANTING PLAINTIFF THIRTY DAYS IN WHICH TO FILE AN AMENDED COMPLAINT |

On March 7, 2013, an order was entered, dismissing the operative complaint and granting Plaintiff leave to file an amended complaint. On March 28, 2013, Plaintiff filed a notice of change of address, indicating that he has been transferred to Calipatria State Prison.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff a copy of the March 7, 2013, order.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated: **April 13, 2013**           /s/
**Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE