IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

STEVEN C. JENKINS,                              1:10-cv-00960-GSA (PC)

       Plaintiff,                        ORDER DISREGARDING
                                                MOTION TO PROCEED
   vs.                                       IN FORMA PAUPERIS
                                                AS MOOT
J. URBINA, et al.,
                                                ( Motion #13)
       Defendants.

_____/

     Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

     On April 12, 2013, plaintiff filed an application to proceed in forma pauperis.  Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on July 9, 2010, IT IS HEREBY ORDERED THAT plaintiff's application of April 12, 2013, is DISREGARDED AS MOOT.

     IT IS SO ORDERED.

   **Dated:   May 16, 2013**      _____/s/ **Gary S. Austin**_____
                                    UNITED STATES MAGISTRATE JUDGE