IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN C. JENKINS,<br><br>         Plaintiff,<br><br>    vs.<br><br>J. URBINA, et al.,<br><br>         Defendants.<br>_____/ | 1:10-cv-00960-GSA (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>( Motion #13) |

  Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

  On April 12, 2013, plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the present case on July 9, 2010, IT IS HEREBY ORDERED THAT plaintiff's application of April 12, 2013, is DISREGARDED AS MOOT.

  IT IS SO ORDERED.

  Dated:   May 16, 2013            /s/ Gary S. Austin
                UNITED STATES MAGISTRATE JUDGE